AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of New York

| | |
|---|---|
| Todd Gaetano individually and on behalf of all others similarly situated <br> *Plaintiff* <br> v. <br> Live Nation Entertainment Inc., Ticketmaster, LLC <br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 1:18-cv-1195 (FJS/TWD) <br> ) <br> ) <br> ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Ticketmaster, LLC
c/o CORPORATE CREATIONS NETWORK INC.
6802 PARAGON PLACE SUITE 410
RICHMOND VA 23230

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Sheehan & Associates, P.C. 891 Northern Blvd., #201, Great Neck, NY 11021

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk of Court

Date: 10/5/2018

s/Kathy Rogers

*Signature of Clerk or Deputy Clerk*