# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**JOHN M. DOMURAD**  James T. Foley U.S. Courthouse
Clerk  445 Broadway, Room 509
  Albany NY 12207-2936
**DAN MCALLISTER**  (518) 257-1800
Chief Deputy

October 5, 2018

Joshua Levin-Epstein, Esq.
Levin-Epstein & Associates, P.C.
1 Penn Plaza, Suite 2527
New York, NY 10119

RE: Todd Gaetano vs. Live Nation Entertainment, Inc. and Ticketmater, LLC
NYND CASE NO. 1:18-cv-1195 (FJS/TWD)

Dear Mr. Levin-Epstein:

Please be advised that the above case was filed on October 4, 2018, in the Northern District of New York. You are directed to advise this Court in writing, **within fourteen (14) days** from the date of this Notice, if you will remain as counsel of record, and if so, your formal admission is required.

As of January 16, 2018, the Northern District of New York became a NextGen Court. This means all attorneys MUST have an individual PACER account, and request admission via PACER. If you will be seeking a Permanent Admission, instructions can be found on our website at:
http://www.nynd.uscourts.gov/sites/nynd/files/Permanent_Admission_Instructions.pdf. If you will be seeking a Pro Hac Vice Admission, instructions can be found by using the following link:
http://www.nynd.uscourts.gov/sites/nynd/files/PHV_Admission_Instructions.pdf. Otherwise, new counsel should file a notice of appearance as soon as possible.

The parties are advised that all future filings and inquires should be made in accordance with the Local Rules of this Court, and that all documents filed with the Court shall contain the case number listed above.

Very Truly Yours,

JOHN M. DOMURAD, CLERK

By: s/ Kathy Rogers, Case Processing Specialist