**Sheehan & Associates, P.C.**

891 Northern Boulevard, Suite 201, Great Neck, NY 11021
tel. 516.303.0552
fax 516.234.7800
spencer@spencersheehan.com

October 7, 2018

Senior District Judge Frederick J. Scullin, Jr
United States District Court
Northern District of New York
James M. Hanley Federal Building
& U.S. Courthouse
100 S. Clinton St.
Syracuse, NY 13261

Re:   Gaetano v. Live Nation Entertainment Inc. et al
      1:18-cv-01195-FJS-TWD

Dear Senior District Judge Scullin:

This office represents the plaintiff in the above action. This letter is in response to Notice of Admission Requirement directed towards attorney Larry Paskowitz of the Paskowitz Law Firm, P.C. ECF 4. I have spoken to Mr. Paskowitz and he has informed me he does not wish to seek admission or registration with the United States District Court, Northern District of New York, at this time. I have been told by the Clerk's office that I should submit this letter so that he may be removed from any subsequent docket entries or records on this action. If additional information is needed, I will provide it to the Court. Thank you for your courtesies.

Respectfully submitted,

/s/ Spencer Sheehan
Spencer Sheehan