United States District Court
Northern District of New York

1:18-cv-01195-FJS-TWD

| | |
|---|---|
| Todd Gaetano individually and on behalf of all others similarly situated<br><br>        Plaintiff<br><br>    - against -<br><br>Live Nation Entertainment Inc. and Ticketmaster, LLC,<br><br>        Defendants | Plaintiff's Status Report |

  Pursuant to the Court's Text Order Approving Stipulation and Staying Case, January 25, 2019 (ECF No. 15), Plaintiff submits the following Status Report regarding similar cases:

  On March 13, 2019, in *Dickey v. Ticketmaster, LLC*, No. 2:18-cv-09052 (C.D. Cal. Mar. 12, 2019), defendants' Motion to Compel Arbitration was granted.  *See* **Exhibit A**, Copy of Order, ECF No. 33 (Wu, J.).

  On March 13, 2019, in *Ameri v. Ticketmaster LLC* and *Lee v. Ticketmaster L.L.C.*, the Court in the Northern District of California vacated the hearing date on defendants' Motion to Compel Arbitration and took that motion under submission on the papers.  *See* ECF No. 39, *Ameri v. Ticketmaster LLC*, No. 3:18-cv-06750 (N.D. Cal.); ECF No. 42, *Lee v. Ticketmaster L.L.C.*, No. 3:18-cv-05987 (N.D. Cal.).  Thank you.

Dated:   March 20, 2019

                  Respectfully submitted,

                  Sheehan & Associates, P.C.
                  /s/Spencer Sheehan
                  Spencer Sheehan (SS-8533)
                  NDNY Bar Roll 519087
                  505 Northern Blvd., Suite 311
                  Great Neck, NY 11021
                  (516) 303-0552
                  spencer@spencersheehan.com

1:18-cv-01195-FJS-TWD
United States District Court
Northern District of New York

Todd Gaetano individually and on behalf of all others similarly situated

Plaintiff

- against -

Live Nation Entertainment Inc. and Ticketmaster, LLC,

Defendants

## Plaintiff's Status Report

Sheehan & Associates, P.C.
505 Northern Blvd., #311
Great Neck, NY 11021
Tel: (516) 303-0052
Fax: (516) 234-7800

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated: March 20, 2019

                                                                      /s/ Spencer Sheehan
                                                                          Spencer Sheehan