| | |
|---|---|
| United States District Court<br>Northern District of New York | 1:18-cv-01195-FJS-TWD |
| Todd Gaetano individually and on behalf of all others similarly situated<br><br>      Plaintiff<br><br>    - against -<br><br>Live Nation Entertainment Inc. and Ticketmaster, LLC,<br><br>      Defendants | Notice of Voluntary Dismissal<br> with Prejudice |

Plaintiff gives notice this action is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: April 17, 2019

                 Respectfully submitted,

                 Sheehan & Associates, P.C.
                 /s/Spencer Sheehan
                 Spencer Sheehan (SS-8533)
                 NDNY Bar Roll 519087
                 505 Northern Blvd., Suite 311
                 Great Neck, NY 11021
                 (516) 303-0552
                 spencer@spencersheehan.com

**IT IS SO ORDERED.**
**April 17, 2019**

                 _____
                 Frederick J. Scullin, Jr.
                 Senior United States District Judge

1:18-cv-01195-FJS-TWD
United States District Court
Northern District of New York

Todd Gaetano individually and on behalf of all others similarly situated

                                      Plaintiff

   - against -

Live Nation Entertainment Inc. and Ticketmaster, LLC,

                                      Defendants

Notice of Voluntary Dismissal with Prejudice

Sheehan & Associates, P.C.
505 Northern Blvd., #311
Great Neck, NY 11021
Tel: (516) 303-0052
Fax: (516) 234-7800

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated:  April 17, 2019

                                                                    /s/ Spencer Sheehan
                                                                      Spencer Sheehan